

Attorneys at Law

Jeffrey H. Ruzal
t  212.351.3762
f  212.878.8600
jruzal@ebglaw.com

November 2, 2023

**VIA ECF**

Hon. Phillip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:  Carter, et al. v. DSW Shoe Warehouse, Inc.
          Civ. No.: 23-cv-4761

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           November 3, 2023

Dear Judge Halpern:

    This firm represents Defendant DSW Shoe Warehouse, Inc. in this matter.  We write jointly with counsel for Plaintiffs to request an adjournment of three (3) business days until November 7, 2023 of the November 2, 2023 deadline in Your Honor's October 26, 2023 Order requiring the parties to advise the Court whether the Defendant will need to file a motion to compel arbitration. The reason for the extension is the parties are still conferring about the appropriate forum for Plaintiff Carter to pursue his claims.

    This is the parties' first request for adjournment of this deadline, and all parties consent to this request.

cc:  All Counsel of Record (via ECF)

Respectfully submitted,

Jeffrey H. Ruzal